
No. CR 07 00457 RMW HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2007 JUL 18 A 11: 52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J

E-FILING

---

## THE UNITED STATES OF AMERICA
### vs.
### MICHAEL WAYNE GAITHER

---

## INDICTMENT

**COUNT ONE:**   Title 18, U.S.C. § 922(G)(1) - Possession of Firearm and Ammunition by Convicted Felon

*A true bill.*

_____
*Foreperson*

---

Filed in open court this 17 day of July A.D. 2007

_____
*United States Magistrate Judge*

---

Bail. $ No bail arrest warrant

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 JUL 18 A 11: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 00457 RMW HRL |
| Plaintiff, | VIOLATIONS: Title 18, United States Code, Section 922(g)(1) – Possession of Firearm and Ammunition by Convicted Felon |
| v. | |
| MICHAEL WAYNE GAITHER, | SAN JOSE VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

(18 U.S.C. § 922(g)(1) - Possession of Firearm and Ammunition by Convicted Felon)

On or about October 27, 2007, in the Northern District of California, the defendant

MICHAEL WAYNE GAITHER,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Mosin Nagant, Model M44, 7.62 x 54mm caliber rifle, serial number M44018448, and 32 rounds of 7.62 of 7.62 x 54mm caliber ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

INDICTMENT
U.S. v. GAITHER

1  FORFEITURE ALLEGATIONS: (18 U.S.C. § 924(d) - Criminal Forfeiture)

2  The allegations contained in Count One of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d).

Upon conviction of the offense alleged in Count One above, the defendant

MICHAEL WAYNE GAITHER

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d), all property involved in or used in the violation described above, including but not limited to: the Mosin Nagant, Model M44, 7.62 x 54mm caliber rifle, serial number M44018448, and 32 rounds of 7.62 of 7.62 x 54mm caliber ammunition, seized from the defendant's residence on or about October 27, 2006.

DATED:

18-Jul-2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Division

(Approved as to form: _____ )
AUSA HANLEY CHEW

INDICTMENT
U.S. v. GAITHER

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

E-FILING     FILED

### OFFENSE CHARGED

18 U.S.C. 922(g) (Felon in Possession of Firearm and Ammunition)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
10 year term of imprisonment
$250,000 fine
3 year period of supervised release
$100 mandatory special assessment

### DEFENDANT - U.S.

2007 JUL 18 A 11: 52

▶ MICHAEL WAYNE GAITHER

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

CR 07 00457 RMW
HRL

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
Los Angeles Men's County Jail

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FBI Special Agent John O'Brien

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Hanley Chew

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: