AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |

CASE NUMBER: 07 00487 JF

I, __Fidel Carbajal-Nogueda__, the above named defendant, who is accused of

__8 USC 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 26, 2007__ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

**FILED**

JUL 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer