# CRIMINAL MINUTE ORDER

**JUDGE:**  Ronald M. Whyte                **REPORTER:**  Lee-Anne Shortridge

**DATE:** August 27, 2007                **TIME:**  9:00 am

**CRIMINAL NO.:** CR-07-00457  RMW

**TITLE:** UNITED STATES OF AMERICA    -V- MICHAEL GAITHER

    **APPEARANCES:**                **Present**
    **INTERPRETER:**
    PROBATION:

**PLTF:** AUSA: HANLEY CHEW        **DEFT:** NICK HUMY

**COURT ACTION:** STATUS HEARING

**Hearing Held.    Status Hearing Continued to 10/1/07 at 9:00 a.m.  Time Excluded from 8/27/07 through 10/1/07 for effective defense preparation.  Government to prepare order.**

    /s/ Corinne Lew
    **Corinne Lew**
    **Courtroom Deputy**