**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:**  Ronald M. Whyte   **REPORTER:**  Lee-Anne Shortridge

**DATE:**  October 1, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00457-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MICHAEL W. GAITHER
     **APPEARANCES:**                    (P)

**PLTF:**  AUSA: H. Chew   **DEFT:** N. Humy

**COURT ACTION: DISPOSITION**

**Hearing Held.  The defendant plead guilty to Count 1 of the Indictment.  A Plea Agreement was executed in open court.  The Court set a sentencing date for 1/7/08 @ 9:00 am.  The defendant shall remain on the same conditions of release pending sentencing.**

        */s/ Jackie Garcia*
          **JACKIE GARCIA**
         **Courtroom Deputy**