1

2

3

4

5

6

*E-FILED - 11/29/07*

7            UNITED STATES OF AMERICA

8          NORTHERN DISTRICT OF CALIFORNIA

9                SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,                )    Case No.  CR-07-00457-RMW
                                             )
11                    Plaintiff,             )    [xxxxxxxxxxxx] PRELIMINARY ORDER
                                             )    OF FORFEITURE
12            v.                             )
                                             )
13  MICHAEL WAYNE GAITHER,                   )
                                             )
14                    Defendant.             )
                                             )
15  _____ )

16        Having considered the application for a preliminary order of forfeiture filed by the United

17  States and the plea agreement entered on October 1, 2007, wherein the defendant admitted to the

18  forfeiture allegation, and good cause appearing,

19        IT IS HEREBY ORDERED that defendant Michael Wayne Gaither forfeit to the United

20  States all of his right, title and interest in:

21        a.  a Mosin Nagant, Model M44, 7.62 x 54rmm caliber rifle, serial number M44018448;
              and
22

23        b.  32 rounds of 7.62 of 7.62 x 54rmm caliber ammunition

24  pursuant to Title 18, United States Code, Section 924(d).

25        IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

26  seize the forfeited property forthwith and publish at least once for three successive weeks in a

27  newspaper of general circulation, notice of this Order, notice of the government's intent to

28  dispose of the property in such manner as the Attorney General may direct and provide notice

1   that any person, other than the defendant, having or claiming a legal interest in the property

2    must file a petition with the Court and serve a copy on government counsel within thirty (30)

3   days of the final publication of notice or of receipt of actual notice, whichever is earlier.

4          IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal

5   Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at

6   the time of sentencing and shall be made part of the sentence and included in the judgment.

7          IT IS SO ORDERED this  29   day of  November        2007.

8

9                                            _Ronald M. Whyte_
                                             RONALD M. WHYTE
10                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   XXXXXXXXX PRELIMINARY ORDER OF FORFEITURE                                          2
     CR 05-00626 JW