1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     E-mail: Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   No. CR-07-00457-RMW
                                     )
15       Plaintiff,                  )
                                     )   STIPULATION AND [PROPOSED]
16  v.                               )   ORDER TO CONTINUE DEFENDANT'S
                                     )   SENTENCING
17  MICHAEL WAYNE GAITHER,           )
                                     )
18       Defendant.                  )
                                     )
19

20       The parties, including the defendant, stipulate as follows:

21  1.   On October 1, 2007, defendant Michael Wayne Gaither ("defendant") pled guilty,

22  pursuant to a plea agreement, to the indictment in the above-captioned case, charging him with

23  one count of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C.

24  § 922(g). The Court scheduled defendant's sentencing for January 7, 2008 at 9:00 a.m.

25  Defendant is not in custody.

26   2.  Because of the holidays, government counsel will be unavailable the week of January 2,

27  2008 and needs additional time to respond to defendant's anticipated sentencing memorandum.

28  Therefore, the parties respectfully request that the Court continue defendant's sentencing from

STIP. TO CONT. SENTENCING
U.S. v. GAITHER, NO. CR-07-00457-RMW

January 7, 2008 to January 14, 2008 at 9:00 a.m..

IT IS SO STIPULATED.

                                          SCOTT N. SCHOOLS  
                                          United States Attorney

Dated: December 4, 2007            /s/ Hanley Chew  
                                          HANLEY CHEW  
                                          Assistant United States Attorney

Dated: December 4, 2007            /s/ Nicholas Humy  
                                          NICHOLAS HUMY  
                                          Attorney for Defendant

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Michael Wayne Gaither's sentencing is continued from January 7, 2008 to January 14, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED:_____        _____  
                                  THE HONORABLE RONALD M. WHYTE  
                                  United States District Court Judge