1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5060
      Facsimile:  (408) 535-5066
8     E-mail: Hanley.Chew@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,           )   No. CR-07-00457-RMW
                                       )
15        Plaintiff,                   )
                                       )   **GOVERNMENT'S RESPONSE TO**
16     v.                              )   **PRESENTENCE REPORT**
                                       )
17 MICHAEL WAYNE GAITHER,              )   Sentencing Date: January 14, 2008
                                       )   Sentencing Time: 10:00 a.m.
18        Defendant.                   )
                                       )   Place: Courtroom of Honorable Ronald M.
19                                     )          Whtye
   _____)
20
        On or about July 18, 2007, the federal Grand Jury returned a one-count indictment,
21
   charging defendant Michael Wayne Gaither ("defendant") with being a felon in possession of a
22
   firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).  On or about October 1, 2007,
23
   defendant pled guilty to the one-count indictment pursuant to a plea agreement.  In that plea
24
   agreement, the government reserved the right to argue that defendant's base offense level for the
25
   instant offense was 14, pursuant to U.S.S.G. § 2K2.1(a)(6).  Defendant reserved the right to
26
   argue that his base offense level was 6, pursuant to U.S.S.G. § 2K2.1(b)(2).
27
        On or about December 21, 2007, the Probation Office disclosed the Pre-Sentence Report
28

GOVT'S RESP. TO PSR
 U.S. v. GAITHER, NO. CR-07-00457-RMW

1  ("PSR") in this matter. The Probation Office calculated that defendant's base offense level is 14,
2  pursuant to U.S.S.G. § 2K2.1(a)(6) (PSR ¶ 22). The Probation Office further determined that
3  defendant has ten criminal history points and is in Criminal History Category V. (PSR ¶ 45).
4  Assuming a 2-level reduction pursuant to U.S.S.G. § 3E1.1 for acceptance of responsibility, the
5  Probation Office calculated that defendant's adjusted offense level is 12 and his applicable
6  sentencing guideline range would be 27-33 months. (PSR ¶¶ 30, 90). The government has no
7  objection to the PSR's sentencing guideline calculation.
8       On December 21, 2007, the Probation Office also filed its final sentencing
9  recommendation, which stated that a "sentence of 32 months in the Bureau of Prisons (BOP),
10 followed by three years of supervised release, is warranted to provide just punishment for the
11 offense and to afford adequate deterrence to further criminal conduct." Probation Office
12 Sentencing Recommendation, p. 2.
13      The government has no objections to the factual findings of the PSR or the Probation
14 Office's sentencing guideline calculations. The government also has no objections to the
15 Probation Office's final sentencing recommendation of 32 months. Therefore, the government
16 respectfully requests that this Court sentence defendant to term of 32-months imprisonment.

18 Dated: December 26, 2007         SCOTT N. SCHOOLS
                                    United States Attorney

20                                     /s/ Hanley Chew
                                    HANLEY CHEW
21                                     Assistant United States Attorney