***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** January 14, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00457-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- MICHAEL W. GAITHER
         **APPEARANCES:**                                (P)

**PLTF:** AUSA: H. Chew             **DEFT:** N. Humy
         **PROBATION OFFICER:**      A. Raya

**COURT ACTION: JUDGMENT AND SENTENCING**

**Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period of 18 months as to Count 1 of the Indictment. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay to the government a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. The defendant shall self surrender to the designated facility on 7/1/08 by 2:00 pm. See Judgment for specifics.**

                                      */s/ Jackie Garcia*
                                        **JACKIE GARCIA**
                                       **Courtroom Deputy**