JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

150 Almaden Blvd, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066

email: hanley.chew@usdoj.gov
       stephanie.hinds@usdoj.gov

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-00457 RMW |
| Plaintiff, | APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE |
| v. | |
| MICHAEL WAYNE GAITHER, | |
| Defendant. | |

On November 29, 2007, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in

    a. a Mosin Nagant, Model M44, 7.62 x 54rmm caliber rifle, serial number M44018448; and

    b. 32 rounds of 7.62 of 7.62 x 54rmm caliber ammunition

pursuant to Title 18, United States Code, Section 924 (d).

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. On February 21, 28, and March 6, 2008, the United States published notice of the forfeiture action in The San Jose Mercury News, a newspaper of general circulation in the San Jose area, in

1  accordance with the law.  The notice also advised potential third parties of their right to petition
2  the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal
3  interest in the property.
4     The United States represents that no petitions have been filed.
5     Therefore, the United States respectfully requests that the Court enter the proposed Final
6  Order of Forfeiture, directing that the property described above be forfeited to the United States,
7  pursuant to Title 18, United States Code, Section 924(d).
8  Dated: 3/31/08                              Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                     /S/

                                                STEPHANIE M. HINDS
                                                Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents

- **APPLICATION FOR A FINAL ORDER OF FORFEITURE;**
- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served via electronic mail upon the person(s) identified below at their last known place of address:

Nicholas P. Humy , AFPD
Office of the Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of April, 2008, at San Francisco, California.

_____
ALICIA CHIN
Paralegal/AFU