*E-FILED - 4/10/08*

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL WAYNE GAITHER,<br><br>　　　　　　Defendant. | Case No.  CR 07-00457 RMW<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On November 29, 2007, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in

　　a.　a Mosin Nagant, Model M44, 7.62 x 54rmm caliber rifle, serial number M44018448; and

　　b.　32 rounds of 7.62 of 7.62 x 54rmm caliber ammunition

pursuant to Title 18, United States Code, Sections 924(d).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 4/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge