## COVER SHEET

**TO:** Honorable Ronald M. Whyte
U.S. District Judge

**RE:** Michael Gaither

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR07-0457RMW

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados
U.S. Pretrial Services Officer

(408) 535-5223
TELEPHONE NUMBER

**RE:** 60 DAY SUPERVISION STATUS UPDATE FOR DEFENDANT ON ELECTRONIC MONITORING

**DATE:** April 24, 2008

The U.S. Pretrial Services Agency provides the releasing U.S. Magistrate Judge a supervision status update every 60 days for each defendant released with a condition of electronic monitoring (including GPS). The attached memorandum is being provided to Your Honor for informational purposes only. Please indicate below if Your Honor does not wish to receive a copy of future updates. Thank you.

☐ I <u>do not</u> wish to receive any future 60 Day Supervision Status Updates for this defendant.

☐ I <u>do not</u> wish to receive 60 Day Supervision Status Updates for any defendant.

☒ Other Instructions:

_I do wish to receive such reports._

_____
**JUDICIAL OFFICER**

4/26/08
**DATE**

Cover Sheet-B (04/16/08)