1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GAITHER

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    No. CR-07-00457 RMW
                                         )
12                   Plaintiff,          )    [PROPOSED] ORDER TO UNOPPOSED
                                         )    MOTION FOR EXTENSION OF SELF-
13  vs.                                  )    SURRENDER DATE
                                         )
14  MICHAEL GAITHER,                     )
                                         )
15                   Defendant.          )
                                         )
16  _____)

17                             ORDER

18          GOOD CAUSE APPEARING, IT IS HEREBY ordered that Michael Gaither's self-

19  surrender date is extended from July 1, 2008, to August 1, 2008.

20          IT IS SO ORDERED.

21

22  Dated:
                                    _____
23                                  HONORABLE RONALD M. WHYTE
                                    United States District Judge

24

25

26

ORDER TO MOTION TO EXTEND SELF-
SURRENDER
CASE NO. CR-07-00457              1