BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GAITHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00457 RMW |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE |
| vs. | ) ) | |
| MICHAEL GAITHER, | ) ) | |
| Defendant. | ) ) | |

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ordered that Michael Gaither's self-surrender date is extended from July 1, 2008, to August 1, 2008.

IT IS SO ORDERED.

Dated: _____

HONORABLE RONALD M. WHYTE
United States District Judge

ORDER TO MOTION TO EXTEND SELF-
SURRENDER
CASE NO. CR-07-00457                    1