1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS PETER HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GAITHER

6
                                        ***E-FILED - 6/12/08***
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-07-00457 RMW
                                     )
12                Plaintiff,         )    [] ORDER TO UNOPPOSED
                                     )    MOTION FOR EXTENSION OF SELF-
13  vs.                              )    SURRENDER DATE
                                     )
14  MICHAEL GAITHER,                 )
                                     )
15                Defendant.         )
    _____)
16

17                       ORDER

18      GOOD CAUSE APPEARING, IT IS HEREBY ordered that Michael Gaither's self-

19  surrender date is extended from July 1, 2008, to August 1, 2008.

20      IT IS SO ORDERED.

21

22  Dated:  6/12/08                  _Ronald M. Whyte_____
                                     HONORABLE RONALD M. WHYTE
23                                   United States District Judge

24

25

26

ORDER TO MOTION TO EXTEND SELF-
SURRENDER
CASE NO. CR-07-00457              1